| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

DON ALBERT LANG, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:13-CV-289
　　　　　　　　　　　　　　§
JEFFERSON COUNTY, TEXAS, *et al.*, §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM ORDER PARTIALLY ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

　　　　Plaintiff Don Albert Lang, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed.

　　　　The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

　　　　However, plaintiff subsequently filed a motion asking that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff is entitled to dismiss his claims prior to the service of any adverse parties.

**ORDER**

Accordingly, plaintiff's motion to dismiss is **GRANTED**. The report of the magistrate judge is **PARTIALLY ADOPTED** to the extent it recommends this lawsuit be dismissed. A final judgment will be entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1).

SIGNED at Beaumont, Texas, this 6th day of February, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE